**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 28 2026

FILED

| | | |
|---|---|---|
| BRETT PRICHARD and MEREDITH PRICHARD, | * | |
| Plaintiffs, | * | |
| v. | * | CV 125-254 |
| ASI HOME INSURANCE CORP., | * | |
| Defendant. | * | |

# O R D E R

The Court **GRANTS** the parties' Joint Motion to Stay All Deadlines Pending Mediation. (Doc. 34.) The parties shall advise the Court as to the status of the case by no later than December 22, 2026. If the case is not resolved, the parties shall submit a joint proposed Amended Scheduling Order by that same date.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA